No. 77–651. UNITED BROADCASTING CO., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–710. CALL *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–715. EDWARDS *v.* SUPERIOR COURT OF CALIFORNIA, EL DORADO COUNTY (CARTER ET AL., REAL PARTIES IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 77–721. EMERY *v.* SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 77–730. REEVES *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 77–751. HAGENDORFER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 77–758. RICHTER, DBA BODY SHOP *v.* DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–760. LEVINE ET UX. *v.* STEIN ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–774. SWEENY, EXECUTOR AND TRUSTEE *v.* KNOWLTON ET AL. Sup. Ct. Va. Certiorari denied.

No. 77–776. FORTE TOWERS, INC., ET AL. *v.* CITY OF MIAMI BEACH. Cir. Ct. Fla., Dade County. Certiorari denied.

No. 77–778. HASHEMI *v.* INTER-REGIONAL FINANCIAL GROUP, INC. C. A. 2d Cir. Certiorari denied.